

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print      GrantedPublicAccess  Logoff TIMOTHYWOLF76

**21SL-CC00424 - LAMONTE DALLAS V AVIS RENT A CAR SYSTEM, LLC (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ● Descending ○ Ascending     Display Options: All Entries

---

**03/05/2021**  ☐ **Summons Personally Served**
Document ID - 21-SMCC-846; Served To - AVIS RENT A CAR SYSTEM, LLC; Server - ; Served Date - 19-FEB-21; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

**02/22/2021**  ☐ **Notice of Service**
Affidavit of Service of Def Avis Rent A Car System LLC.
  **Filed By:** ANNA MARIE LAMMERT
  **On Behalf Of:** LAMONTE DALLAS

**02/01/2021**  ☐ **Summons Issued-Circuit**
Document ID: 21-SMCC-846, for AVIS RENT A CAR SYSTEM, LLC. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**01/29/2021**  ☐ **Filing Info Sheet eFiling**
  **Filed By:** ANNA MARIE LAMMERT

☐ **Motion Special Process Server**
Request for Appointment of Process Server.
  **Filed By:** ANNA MARIE LAMMERT
  **On Behalf Of:** LAMONTE DALLAS

☐ **Filing Info Sheet eFiling**
Case Filing Information Sheet.
  **Filed By:** ANNA MARIE LAMMERT

☐ **Pet Filed in Circuit Ct**
Petition.
  **Filed By:** ANNA MARIE LAMMERT

☐ **Judge Assigned**
DIV 7

---

Case.net Version 5.14.12        Return to Top of Page         Released 11/10/2020

**EXHIBIT A**

Electronically Filed - St Louis County - February 22, 2021 - 10:28 AM

## AFFIDAVIT OF SERVICE

| Case:<br>21SL-CC00424 | Court:<br>21ST JUDICIAL CIRCUIT COURT | County:<br>ST LOUIS, MO | Job:<br>5318627 (21-SMCC-846) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>LAMONTE DALLAS | | Defendant / Respondent:<br>AVIS RENT A CAR SYSTEM, LLC | |
| Received by:<br>Pro Serve | | For:<br>PAGE LAW | |
| To be served upon:<br>AVIS RENT A CAR SYSTEM, LLC | | Court Date: | |

I, Tracy Tunell, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   AVIS RENT A CAR SYSTEM, LLC, COMPANY: 221 BOLIVAR ST, JEFFERSON CITY, MO 65101
Manner of Service:   Authorized, Feb 19, 2021, 1:28 pm CST
Documents:   SUMMONS IN CIVIL CASE and PETITION

Additional Comments:
Received by Lauren Shipley, Admin, for AVIS RENT A CAR SYSTEM, LLC, c/o CSC Lawyers, RA at COMPANY: 221 BOLIVAR ST, JEFFERSON CITY, MO 65101

_____   _2/19/2021_
Tracy Tunell                Date

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

_2/19/2021_        _2/5/2025_
Date              Commission Expires

CATHY STRAUB
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 17735281
My Commission Expires Feb 5, 2025

Electronically Filed - St Louis County - February 22, 2021 - 10:28 AM



## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>MARY ELIZABETH OTT | Case Number: 21SL-CC00424 |
|---|---|
| Plaintiff/Petitioner:<br>LAMONTE DALLAS | Plaintiff's/Petitioner's Attorney/Address<br>ANNA MARIE LAMMERT<br>9930 WATSON ROAD<br>SUITE 100 |
| vs. | ST LOUIS, MO 63126 |
| Defendant/Respondent:<br>AVIS RENT A CAR SYSTEM, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE |
| Nature of Suit:<br>CC Pers Injury-Vehicular | CLAYTON, MO 63105                    (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to:  AVIS RENT A CAR SYSTEM, LLC
                          Alias:
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

*COURT SEAL OF*

*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
   SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

01-FEB-2021
Date                                                                          _____
                                                                                          Clerk

Further Information:
MT

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____       _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server
Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____          _____
                        Date                    Notary Public

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* Document ID# 21-SMCC-846    1    (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
                                                                                  54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>MARY ELIZABETH OTT | Case Number: 21SL-CC00424 |
|---|---|
| Plaintiff/Petitioner:<br>LAMONTE DALLAS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ANNA MARIE LAMMERT<br>9930 WATSON ROAD<br>SUITE 100<br>ST LOUIS, MO 63126 |
| Defendant/Respondent:<br>AVIS RENT A CAR SYSTEM, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** AVIS RENT A CAR SYSTEM, LLC
                                  Alias:
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

COURT SEAL OF



ST. LOUIS COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

01-FEB-2021
Date
                                          _____
                                          Clerk

Further Information:
MT

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
☐ other _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                                   _____
Printed Name of Sheriff or Server                Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____     _____
                                   Date                                Notary Public

(Seal)

| | | |
|---|---|---|
| **Sheriff's Fees, if applicable** | | |
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

21SL-CC00424

In the
# CIRCUIT COURT
Of St. Louis County, Missouri

LaMonte Dallas
Plaintiff/Petitioner

vs.

Avis Rent A Car System LLC
Defendant/Respondent

Date: 01/29/2021

Case Number: _____

Division: _____

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff by counsel Anna Lammert , pursuant
           Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

Pro Serve-Tim Moore        6614 Clayton Rd #311, St. Louis, MO 63117        314-961-2222
Name of Process Server     Address                                         Telephone

Name of Process Server     Address or In the Alternative                   Telephone

Name of Process Server     Address or In the Alternative                   Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
Avis Rent A Car System LLC
Name
CSC-Lawyers Inc Service company
Address
221 Bolivar Street, Jefferson City, 65101
City/State/Zip

SERVE:
Name
Address
City/State/Zip

SERVE:
Name
Address
City/State/Zip

SERVE:
Name
Address
City/State/Zip

Appointed as requested:
**JOAN M. GILMER**, Circuit Clerk

By  /s/Molly Thal
    Deputy Clerk
    02/01/2021
    Date

Anna Lammert----  /s/ Anna Lammert
Signature of Attorney/Plaintiff/Petitioner
64972
Bar No.
9930 Watson Road Suite 100, St. Louis, MO 63126
Address
(314) 835-5800         (314) 835-5865
Phone No.              Fax No.

CCADM62-WS   Rev. 08/16

Electronically Filed - St Louis County - January 29, 2021 - 02:22 PM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)   Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)   The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)   Appointments may list more than one server as alternates.

(B)   The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)   Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)   No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)   Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, http://www.stlouisco.com. (LawandPublicSafety/Circuit/Forms).

(F)   This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

**21SL-CC00424**

In the
# CIRCUIT COURT
Of St. Louis County, Missouri

For File Stamp Only

01/29/2021
Date

LaMonte Dallas
Plaintiff/Petitioner

vs.

Avis Rent A Car System LLC
Defendant/Respondent

Case Number

Division

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff by counsel Anna Lammert                , pursuant
              Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

Pro Serve-Tim Moore     6614 Clayton Rd #311, St. Louis, MO 63117     314-961-2222
Name of Process Server              Address                              Telephone

Name of Process Server          Address or in the Alternative            Telephone

Name of Process Server          Address or in the Alternative            Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
Avis Rent A Car System LLC
Name
CSC-Lawyers Inc Service company
Address
221 Bolivar Street, Jefferson City, 65101
City/State/Zip

SERVE:
Name

Address

City/State/Zip

SERVE:
Name

Address

City/State/Zip

SERVE:
Name

Address

City/State/Zip

Appointed as requested:
**JOAN M. GILMER**, Circuit Clerk

By _____
   Deputy Clerk

_____
Date

Anna Lammert----  /s/ Anna Lammert
Signature of Attorney/Plaintiff/Petitioner
64972
Bar No.
9930 Watson Road Suite 100, St. Louis, MO 63126
Address
(314) 835-5800          (314) 835-5865
Phone No.                  Fax No.

CCADM62-WS    Rev. 08/16

Electronically Filed - St Louis County - January 29, 2021 - 02:22 PM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)   Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)   The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)   Appointments may list more than one server as alternates.

(B)   The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)   Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)   No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)   Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, http://www.stlouisco.com. (LawandPublicSafety/Circuit/Forms).

(F)   This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

Electronically Filed - St Louis County - January 29, 2021 - 02:22 PM

**IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS**
**STATE OF MISSOURI**

| | |
|---|---|
| LaMonte Dallas, | ) |
| | ) |
|     Plaintiff, | ) |
| vs. | ) Cause No.: |
| | ) |
| | ) **Personal Injury-Vehicular** |
| Avis Rent A Car System, LLC, | ) |
| | ) JURY TRIAL DEMANDED |
| **Serve Registered Agent:** | ) |
| **CSC-Lawyers Incorporating Service Company** | ) |
| **221 Bolivar Street** | ) |
| **Jefferson City, MO 65101** | ) |
| | ) |
|     Defendant. | ) |

**PETITION – MOTOR VEHICLE NEGLIGENCE**

COMES NOW Plaintiff, LaMonte Dallas, by and through his attorneys, Anna Lammert, Page Law, and for his Petition for Damages against the Defendant states as follows to the Court:

**ALLEGATIONS COMMON TO ALL COUNTS**

1. That at all times pertinent herein, Plaintiff was an adult resident of the State of Nevada.

2. That at all times pertinent herein, Defendant Avis Rent A Car System LLC (hereinafter "Avis") was a corporation registered with the Missouri Secretary of State and operating a for-profit business in the State of Missouri.

3. That the collision that is the subject of this cause of action occurred at Lambert St. Louis Airport in St. Louis, County, Missouri.

4. On September 2, 2018 at approximately 4:00PM, Plaintiff was a passenger on Defendant Avis's airport shuttle vehicle at Lambert St. Louis Airport. The shuttled was being operated by an employee of Defendant.

5. On September 2, 2018, the aforementioned shuttle, operated by Defendant Avis's employee, crashed into a wall on the Lambert St. Louis Airport parking lot.

6. Upon the shuttle crashing, Plaintiff's body was jolted about within the shuttle and as a result Plaintiff sustained bodily injuries.

7. That at all times pertinent, Defendant and Defendant's employees, including the operator of the shuttle, had a duty to exercise the highest degree of care while operating the shuttle, and that this duty was owed to all persons including Plaintiff.

8. At all times relevant herein, Defendant Avis's driver was acting as an agent, servant, and employee of Defendant Avis.

9. At all times relevant herein, Defendant Avis's driver was acting in the course and scope of his agency or employment relationship with Defendant Avis.

10. Defendant Avis is vicariously liable for all negligent acts and conduct of Defendant Avis's driver with regard to the collision which occurred on September 2, 2018 described herein.

11. That venue is proper pursuant to MO. REV. STAT. §508.010 insofar as the crash which gave rise to Plaintiff's injuries occurred in City of St. Louis, Missouri.

12. Plaintiff's claim for damages against Defendant exceeds Twenty-Five Thousand Dollars ($25,000.00), and thus jurisdiction is in the Circuit Court.

### **COUNT I-NEGLIGENCE**

13. Plaintiff reincorporates and realleges each preceding paragraph as though fully set forth herein.

14. That the Defendant Avis's driver owed Plaintiff a duty to operate the shuttle with the highest degree of care yet failed to do so and was therefore negligent, reckless and careless in the following respects:

   a. Defendant Avis's driver failed to keep a careful lookout in order to reasonably apprehend and/or to observe and heed road and traffic conditions then and there existing;

   b. Defendant Avis's driver failed to exercise due and proper care and diligence to avoid said crash;

   c. Defendant Avis's driver failed to stop, swerve, slacken speed or sound a warning; and/or

   d. Defendant Avis's driver was otherwise generally careless and negligent

15. As a direct and proximate cause of Defendant's negligence, Plaintiff has suffered and will continue to suffer from great bodily injury as well as pain and suffering to his right shoulder, right hand, ribs, back, and neck and has incurred medical bills to date for treatment for these injuries, and will continue to incur medical bills in the future for additional treatment for said injuries and in all likelihood will continue to suffer from said injuries indefinitely.

**WHEREFORE,** Plaintiff prays for this Court to enter judgment for the Plaintiff in such amount as is fair and reasonable in excess of $25,000.00, for his costs herein expended, pre-judgment interest pursuant to Missouri statute, and for such other and further relief as this Court deems just and proper under the circumstances.

Electronically Filed - St Louis County - January 29, 2021 - 02:22 PM

Respectfully Submitted,

**PAGE LAW, LLC**

*/s/ Anna M. Lammert*
Anna Lammert #64972
Attorneys for Plaintiff
9930 Watson Rd. Ste. 100
St. Louis, MO 63126
Office: 314-835-5807
E-Fax: 314-835-5857
anna@pagelaw.com